THE HONORABLE Brian D. Lynch
CHAPTER 13
HEARING DATE: August 11, 2015
HEARING TIME: 1:00 p.m.
LOCATION: Vancouver, WA
RESPONSE DUE: August 4, 2015

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In re:

    Barry Winston Burnham, Sr.
    Catalina Burnham

Debtor(s)

Case No.   15-42227 BDL Ch. 13

DEBTOR'S OBJECTION TO CLAIM #6 OF WELLS FARGO BANK, NA (MOR FURNITURE)

TO:   Clerk of the United States Bankruptcy Court; and All parties in interest:

PLEASE TAKE NOTICE that Debtor's Objection to Claim #6 IS SET FOR HEARING as follows:

| | |
|---|---|
| **DATE OF HEARING** | **August 11, 2015** |
| **TIME** | **1:00 pm** |
| **JUDGE** | **Hon. Brian D. Lynch** |
| **LOCATION** | **Federal Building 500 West 12th Street, 2nd Floor Vancouver, WA 98660** |
| **RESPONSE DUE** | **August 4, 2015** |

    IF YOU OPPOSE the motion you must file your written response with the court clerk, and deliver copies to the undersigned and all interested parties NOT LATER THAN THE RESPONSE DATE.

    IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

**MOTION**

NOTICE OF HEARING AND MOTION ON DEBTOR'S OBJECITON TO CLAIM

**COMES NOW** the Debtor, by and through their attorney of record, objects to Claim #6 of Wells Fargo Bank NA. in the amount of $1,914.00.  The basis for the objection is as follows:

<u>Case Information</u>:  Debtors plan was confirmed on 7/2/15.

<u>Basis for Objection</u>:

    A.  Debtors did not sign the portion of the contract giving Wells Fargo Bank NA (Mor Furniture) a security interest in the items purchased, therefore the debt is unsecured.

WHEREFORE, Debtor respectfully requests that this Court sustain Debtor's objection and treat Claim #6 as a general unsecured claim.

DATED: July 8, 2015

                                                        Respectfully submitted:

                                                        <u>/s/ Mark A. Ditton #45432</u>
                                                        Mark A. Ditton, WSBA#45432
                                                        Attorney for Debtor(s)
                                                         14900 Interurban Ave. S. #265
                                                         Seattle, WA 98168
                                                         206-674-4602
                                                         mark@nwrelief.com